UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAISY OZIM,

          Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

          Defendants.

Case No. 20-cv-05465-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Phyllis J. Hamilton to determine whether it is related to *Ozim v. City and County of San Francisco, et al.*, Case No. 20-cv-05353-PJH.

**IT IS SO ORDERED**.

Dated: August 18, 2020

_____
SALLIE KIM
United States Magistrate Judge